September 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

GARY D. WOMACK, Appellant

NO. 14-12-00660-CR
NO. 14-12-00661-CR
NO. 14-12-00662-CR
NO. 14-12-00663-CR                                    V.

THE STATE OF TEXAS, Appellee
_____

These causes were heard on the transcript of the record of the court below. The record indicates that the appeals should be DISMISSED. The Court orders the appeals **DISMISSED** in accordance with its opinion.

We further order appellant pay all costs expended in the appeals.

We further order this decision certified below for observance.